JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SANDI RUSH,

    Plaintiffs,

   vs.

AUTOZONE WEST, INC., ET AL.,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. CV 11-05077-MMM(OPx)

ORDER DISMISSING CIVIL ACTION

   THE COURT having been advised by counsel that the above-entitled action has been settled;

   IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45** **days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action  and this Order shall not prejudice any party to this action.

DATED: October 21, 2011    _____

             MARGARET M. MORROW
             UNITED STATES DISTRICT JUDGE