JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDI RUSH,<br><br>    Plaintiffs,<br><br>    vs.<br><br>AUTOZONE WEST, INC., ET AL.,<br><br>    Defendants. | CASE NO. CV 11-05077-MMM(OPx)<br><br>ORDER DISMISSING CIVIL ACTION |

   THE COURT having been advised by counsel that the above-entitled action has been settled;

   IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: October 21, 2011            _Margaret M. Morrow_
                    MARGARET M. MORROW
                    UNITED STATES DISTRICT JUDGE